UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:22-cv-01113-JRS-MJD<br>) |
| INDIANA PUBLIC TRANSPORTATION COMPANY, et al., | )<br>)<br>) |
| Defendants. | ) |

**ORDER ON INDIANAPOLIS PUBLIC TRANSPORTATION CORPORATION'S MOTION FOR ATTORNEYS' FEES**

This matter is before the Court on Indianapolis Public Transportation Corporation's ("IndyGo") Motion for Attorneys' Fees, [Dkt. 87].  For the reasons set forth below, IndyGo's motion is **GRANTED IN PART** and **DENIED IN PART**.

**I.  Discussion**

The facts underlying the current dispute are detailed in the Court's Order on Discovery Motions, [Dkt. 82], and need not be repeated here.  On January 31, 2023, IndyGo filed its Motion to Compel Discovery.  [Dkt. 75.]  After finding that IndyGo was entitled to responses to its discovery requests, the Court granted the motion to compel on February 13, 2023. [Dkt. 82 at 1.] IndyGo now seeks an award of attorneys' fees in the amount of $4,897.50[1] for expenses incurred in bringing its motion to compel and the instant motion for attorneys' fees.  [Dkt. 87.]

---

[1] Counsel for IndyGo requests $4,347.50 for work on the discovery dispute, plus $550 for the instant motion, which adds up to $4897.50.  [Dkt. 87-1 at 2, ¶ 8.]  However, its proposed order lists $4,869.50 as the amount sought.  [Dkt. 87-3 at 1.]  The Court assumes this is a scrivener's error.

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), where a motion to compel is granted, the Court

> must, after giving an opportunity to be heard, require the movant, the attorney filing the motion, or both to pay the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees. But the court must not order this payment if:
> (i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action;
> (ii) the opposing party's nondisclosure, response, or objection was substantially justified; or
> (iii) other circumstances make an award of expenses unjust.

Fed. R. Civ. P. 37(a)(5)(A). Plaintiff State Farm Mutual Insurance Company ("State Farm") concedes that an award of reasonable attorneys' fees is appropriate and that the requested attorney hourly rate is reasonable. [Dkt. 97 at 2, ⁋ 4, 5.] However, State Farm disputes the amount that IndyGo has requested, arguing that IndyGo is not entitled to fees unrelated to its motion to compel. This argument is persuasive.

IndyGo's motion for attorneys' fees includes hours spent on responding to State Farm's motion for voluntary dismissal, hours spent discussing issues related to Resendiz, and hours spent discussing a protective order. [Dkt. 87-2 at 2-5; Dkt. 97 at 3-4.] IndyGo argues that responding to State Farm's motion to voluntarily dismiss was directly related to State Farm's failure to provide timely discovery responses, and thus, State Farm should also bear the costs of responding to the motion for voluntary dismissal. However, Fed. R. Civ. P. 37(a)(5)(A) is not so broad. The Rule authorizes an award of fees for making a motion to compel; it does not authorize an award of fees for every action or expense a party takes related to the discovery dispute from which a motion to compel arises. By the Court's calculations, the time entries related to the motion to compel, plus the "time spent prior to the filing of a discovery motion [that] are properly included in a fee award under Rule 37," see *Senior Lifestyle Corp. v. Key*

*Benefit Administrators, Inc.*, 2020 WL 3642511, at *6 (S.D. Ind. July 6, 2020) (*citing Rackemann v. LISNR, Inc.*, 2018 WL 3328140, at *6 (S.D. Ind. July 6, 2018), total $895.00. IndyGo is entitled to an award in this amount.

For these reasons, IndyGo's motion is **GRANTED IN PART** and **DENIED IN PART**. IndyGo is awarded fees in the amount of $895.00, to be paid jointly and severally by Plaintiff and its counsel.

SO ORDERED.

Dated: 29 MAR 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.