UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:22-cv-01113-MJD-JRS |
| INDIANAPOLIS PUBLIC TRANSPORTATION CORPORATION, IVAN RESENDIZ, NORBERTO D. BENEDETTI-ALVAREZ, ANALIA BENEDETTI, and JOHN DOE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>VERIFIED MOTION FOR ENTRY</u><br><u>OF JUDGMENT BY DEFAULT</u>

Plaintiff, State Farm Mutual Automobile Insurance Company ("State Farm"), by counsel, pursuant to Fed. R. Civ. P. 55(B) (2) moves the Court to enter judgment by default against Defendant Ivan Resendiz, and in support of said motion states as follows:

1.    On May 31, 2022, State Farm filed its Complaint for Declaratory Judgment [Dkt. 1] against Indianapolis Public Transportation Corporation, Ivan Resendiz, Norberto D. Benedetti-Alvarez, and Analia Benedetti.

2.    As reflected in the Proof of Service filed on December 13, 2022 [Dkt. 57-1], the Complaint for Declaratory Judgment and Summons were served on Ivan Resendiz on December 13, 2022 via certified mail.

3.    Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Ivan Resendiz had twenty-one (21) days, or to and including December 24, 2022, to answer or otherwise respond to State Farm's Complaint for Declaratory Judgment.

1

4.      As of the filing of this motion, Ivan Resendiz has not appeared or filed a response to State Farm's Complaint for Declaratory Judgment.

5.      On August 28, 2023, State Farm filed its Verified Motion for Entry of Default asking the Clerk to enter default against Ivan Resendiz.  [Dkt. 137].

6.      On September 15, 2023, at State Farm's request, the Clerk made an entry of default against Ivan Resendiz. [Dkt. 140].

7.      State Farm is filing its Verified Motion for Entry of Judgment by Default as a result of the Clerk's Entry of September 15, 2023, asking the Court to enter Judgment by Default against Ivan Resendiz.

8.      As a result of a settlement conference held in this matter on August 25, 2023, State Farm, Indianapolis Public Transportation Corporation, Norberto D. Benedetti-Alvarez, and Analia Benedetti have reached a resolution whereby the issues in this case between State Farm, Indianapolis Public Transportation Corporation, Norberto D. Benedetti-Alvarez, and Analia Benedetti have been resolved, and Indianapolis Public Transportation Corporation has agreed to file a Stipulation of Dismissal, with prejudice, of the litigation styled *Indianapolis Public Transportation Corporation v. Ivan Resendiz, Norberto D. Benedetti-Alvarez, Analia Benedetti, and John Doe Company*, pending under Cause No. 49D04-2101-CT-001199 in the Marion County Superior Court 4 (the "Underlying Action").  The resolution is contingent upon the Court entering a judgment by default against Defendant Ivan Resendiz in this matter.  The judgment by default against Defendant Ivan Resendiz is necessary to resolve the issues between State Farm and Defendant Ivan Resendiz because Ivan Resendiz is not a party to the settlement agreement referenced above.

9.     Defendant Ivan Resendiz is not an infant, incompetent, or a member of the military or naval services of the United States of America as evidenced by the Affidavit of John B. Drummy, a true an accurate copy of which is attached hereto as Exhibit "A".

WHEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, State Farm Mutual Automobile Insurance Company respectfully requests that the Court enter a judgment by default against Defendant Ivan Resendiz, and for all other just and proper relief in the premises.

I hereby verify under the penalties for perjury that the representations set forth above are true and correct.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

/s/ *John B. Drummy*
John B. Drummy, I.D. No. 4824-49
*Counsel for Plaintiff, State Farm Mutual*
*Automobile Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>September 18, 2023</u>, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record. Parties may access this filing through the Court's system.

*Counsel for Defendant, IndyGo*
Finis Tatum, IV
ftatum@hooverhullturner.com
Janet Lynn Thompson
jthompson@hooverhullturner.com

*Counsel for Defendants, Analia R. Benedetti and Norberto D. Benedetti-Alvarez*
Mark S. Alderfer
malderfer@duedoyle.com
Charles J. Maiers
cmaiers@duedoyle.com

*s/ John B. Drummy*
John B. Drummy

John B. Drummy
KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
jdrummy@k-glaw.com