1:22-cr-UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01113-JRS-MJD ) |
| INDIANAPOLIS PUBLIC TRANSPORTATION COMPANY, IVAN RESENDIZ Clerk's Entry of Default entered on 09/15/2023, NORBERTO D. BENEDETTI-ALVAREZ, ANALIA BENEDETTI, JOHN DOE COMPANY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**Order on Motion for Default Judgment**

This is an insurance coverage dispute. Ivan Resendiz was driving a car that belonged to Benedetti and Benedetti-Alvarez when he crashed into a bus stop. Indianapolis Public Transportation Company ("IndyGo") in an underlying action sued all three for property damage. Here State Farm seeks a declaratory judgment that Resendiz is not covered under the policy it issued to Benedetti-Alvarez. Everyone except Resendiz has agreed to a settlement that resolves both cases. (Minute Order, ECF No. 138.) But Resendiz has not appeared or otherwise defended, (Entry of Default, ECF No. 140), and so the settlement among the other parties is contingent on securing a default judgment against him here. Now before the Court is State Farm's Motion for Default Judgment as to Ivan Resendiz. (ECF No. 142.)

As noted just above, Resendiz has failed to plead or otherwise defend in this action, and the Clerk entered default against him. Fed. R. Civ. P. 55. Because this is a coverage dispute, there are no damages to prove. Resendiz is not in the military service of the United States and is not an infant or incompetent person. (Drummy Aff., ECF No. 142-1.) Having reviewed the Motion, affidavits, and the entire record, the Court sees no need for further proceedings, Fed. R. Civ. P. 55(b)(2), and so **grants** Plaintiffs' Motion, (ECF No. 142).

Final judgment shall issue separately "declar[ing] specifically the rights and duties of all the parties." *Great Divide Ins. Co. v. McGee*, No. 22-1725, 2023 WL 110571, at *1 (7th Cir. Jan. 5, 2023) (reminding courts of their obligations in declaratory judgment context). The Parties shall refer to the Magistrate Judge's Orders for the effect of this Order and Judgment on their settlement deadlines.

**SO ORDERED.**

Date: 02/12/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution by CM/ECF to:

Mark S. Alderfer
Due Doyle Fanning & Alderfer, LLP
malderfer@duedoyle.com

John B. Drummy
KIGHTLINGER & GRAY, LLP (Indianapolis)
jdrummy@k-glaw.com

Brandy M. Kumfer
State Farm Claim Litigation Counsel
indi.law-kumfer@statefarm.com

Charles J. Maiers
DUE DOYLE FANNING & ALDERFER LLP
cmaiers@duedoyle.com

James H. Milstone
Kopka Pinkus Dolin, P.C.
jhmilstone@kopkalaw.com

Dominique N. Nelson
Kopka Pinkus Dolin, P.C.
dnnelson@kopkalaw.com

Finis Tatum, IV
Hoover Hull Turner LLP
ftatum@hooverhullturner.com

Janet Lynn Thompson
TATUM LAW GROUP
jthompson@hooverhullturner.com


Distribution by U.S. mail:

Ivan Resendiz
1545 Gale St.
Indianapolis, IN 46021

Ivan Resendiz
1819 West Wilkins St.
Indianapolis, IN 46211