M@nPUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01113-JRS-MJD ) |
| INDIANAPOLIS PUBLIC TRANSPORTATION COMPANY, IVAN RESENDIZ Clerk's Entry of Default entered on 09/15/2023, NORBERTO D. BENEDETTI-ALVAREZ, ANALIA BENEDETTI, JOHN DOE COMPANY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**Final Judgment**

Pursuant to the Order also issued this day, judgment is granted by default in favor of Plaintiff against Defendant Ivan Resendiz on its claims. This is a final judgment under Rule 58, but only as to Defendant Resendiz, because, in light of the other Parties' contingent settlement agreement, there is "no just reason for delay." Fed. R. Civ. P. 58, 54(b). Specifically, the Court declares:

(a) There is no coverage afforded under the automobile policy of insurance issued by State Farm Mutual Automobile Insurance Company to Norberto D. Benedetti-Alvarez under Policy 338 1662-B02-14C for the claims asserted against Ivan Resendiz by Indianapolis Public Transportation Corporation in the litigation styled *Indianapolis Public Transportation Corporation v. Ivan Resendiz, Norberto D. Benedetti-Alvarez, Analia Benedetti,*

*and John Doe Company*, pending under Cause No. 49D04-2101-CT-001199 in the Marion County Superior Court 4 (the "Underlying Action");

(b) State Farm Mutual Insurance Company has no duty to defend Ivan Resendiz against any claims asserted against him in the Underlying Action; and

(c) State Farm Mutual Insurance Company has no duty to indemnify or pay any judgment that may be entered against Ivan Resendiz in the Underlying Action.

Date: 02/12/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution by CM/ECF to:

Mark S. Alderfer
Due Doyle Fanning & Alderfer, LLP
malderfer@duedoyle.com

2

John B. Drummy
KIGHTLINGER & GRAY, LLP (Indianapolis)
jdrummy@k-glaw.com

Brandy M. Kumfer
State Farm Claim Litigation Counsel
indi.law-kumfer@statefarm.com

Charles J. Maiers
DUE DOYLE FANNING & ALDERFER LLP
cmaiers@duedoyle.com

James H. Milstone
Kopka Pinkus Dolin, P.C.
jhmilstone@kopkalaw.com

Dominique N. Nelson
Kopka Pinkus Dolin, P.C.
dnnelson@kopkalaw.com

Finis Tatum, IV
Hoover Hull Turner LLP
ftatum@hooverhullturner.com

Janet Lynn Thompson
TATUM LAW GROUP
jthompson@hooverhullturner.com


Distribution by U.S. mail:

Ivan Resendiz
1545 Gale St.
Indianapolis, IN 46021

Ivan Resendiz
1819 West Wilkins St.
Indianapolis, IN 46211