UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 1:22-cv-01113-JRS-MJD |
| INDIANAPOLIS PUBLIC TRANSPORTATION CORPORATION, IVAN RESENDIZ, NORBERTO D. BENEDETTI-ALVAREZ, ANALIA BENEDETTI, and JOHN DOE COMPANY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Come now the Plaintiff, by counsel, and Defendants Indianapolis Public Transportation Corporation, Norberto D. Benedetti-Alvarez and Analia Benedetti, each by their respective counsel, and hereby stipulate to the dismissal, with prejudice, of all remaining claims in this action. A Final Judgment was entered against Defendant Ivan Resendiz on February 12, 2024, and no appeal has been filed with respect to that Judgment. Therefore, the dismissal of the claims against the remaining Defendants will dispose of all pending claims in this action.

 *s/ John B. Drummy*  
John B. Drummy, ID No. 4824-49  
KIGHTLINGER & GRAY, LLP  
One Indiana Square, Suite 300  
211 North Pennsylvania Street  
Indianapolis, Indiana 46204  
jdrummy@k-glaw.com  
*Attorney for Plaintiff*

 *s/ Finis Tatum, IV (with permission)*  
Finis Tatum, IV  
Janet Lynn Thompson  
HOOVER HULL TURNER LLP  
111 Monument Circle, Suite 4400  
Post Office Box 44989  
Indianapolis, IN 46244  
ftatum@hooverhullturner.com  
jthompson@hooverhullturner.com  
*Counsel for Defendant, Indianapolis Public Transportation Corporation*

*s/ Mark S. Alderfer (with permission)*
Mark S. Alderfer
Charles J. Maiers
DUE DOYLE FANNING & ALDERFER, LLP
8440 Allison Pointe Blvd., Suite 350
Indianapolis, IN 46250
malderfer@duedoyle.com
cmaiers@duedoyle.com
*Counsel for Defendants, Analia R. Benedetti and Norberto D. Benedetti-Alvarez*