UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| INDIANAPOLIS PUBLIC TRANSPORTATION CORPORATION, IVAN RESENDIZ, NORBERTO D. BENEDETTI-ALVAREZ, ANALIA BENEDETTI, and JOHN DOE COMPANY, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No.: 1:22-cv-01113-JRS-MJD

## ORDER OF DISMISSAL

This matter comes before the Court on the stipulation by Plaintiff and Defendants Indianapolis Public Transportation Corporation, Norberto D. Benedetti-Alvarez and Analia Benedetti to the dismissal, with prejudice, of all remaining claims in this action. The Court notes that a Final Judgment was entered against Defendant Ivan Resendiz on February 12, 2024, and no appeal has been filed with respect to that Judgment.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that all remaining claims are dismissed with prejudice.

Date: 9/11/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

230146/64022040-1